ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    MISDEMEANOR
                                        INFORMATION
       v.                          :
                                        08 Cr. ___
JOSEPH ANDERSON,                   :
                                        08 CRIM 803
              Defendant.           :

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

From at least in or about December 2002, up to and including in or about June 2008, in the Southern District of New York and elsewhere, JOSEPH ANDERSON, the defendant, unlawfully, willfully, and knowingly did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey, and dispose of a record, voucher, money, and thing of value of the United States and of a department and agency thereof, namely, the Social Security Administration ("SSA"), the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, ANDERSON received Social Security Income benefits from SSA, to which he was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney